The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRENT FREI,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, INC.<br><br>　　　　　　　　　Defendant. | CASE NO. 2:20-cv-00540-RSM<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES FOR INITIAL DISCLOSURES AND JOINT STATUS REPORT<br><br>**NOTED ON MOTION CALENDAR:**<br>**Wednesday, May 20, 2020** |

This matter came before this Court on the parties' Stipulated Motion to Extend Deadlines for Initial Disclosures and Joint Status Report. Having reviewed the motion, this Court finds good cause to grant the extension of deadlines requested, as follows:

1. The deadline for Initial Disclosures will be extended from 5/20/2020 to 6/03/2020, and

2. The deadline for the Joint Status Report will be extended from 5/27/2020 to 6/10/2020.

IT IS SO ORDERED.

DATED this 22nd day of May, 2020.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES FOR INITIAL DISCLOSURES AND JOINT STATUS REPORT - 1
CASE NO. 2:20-cv-00540-RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

*Presented by:*

SUMMIT LAW GROUP PLLC

By *s/ Philip S. McCune*
By *s/ Lawrence C. Locker*
　　Phillip McCune, WSBA #21081
　　Lawrence C. Locker, WSBA #15819
　　315 Fifth Avenue S., Suite 1000
　　Seattle, WA  98104-2682
　　(206) 676-7000
　　*philm@summitlaw.com*
　　*larryl@summitlaw.com*

*Attorneys for Plaintiff Brent Frei*

GORDON & POLSCER, L.L.C.

By *s/ T. Arlen Rumsey*
　　T. Arlen Rumsey, WSBA #19048
　　2211 Elliott Avenue, Suite 200
　　Seattle, WA  98121
　　(206) 223-4226
　　*arumsey@gordon-polscer.com*

*Attorneys for Defendant Philadelphia Indemnity Insurance Company*

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES FOR INITIAL DISCLOSURES AND JOINT STATUS REPORT - 2
CASE NO. 2:20-cv-00540-RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001