The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRENT FREI,<br><br>    Plaintiff,<br><br>  v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>    Defendant. | CAUSE NO. 2:20-cv-00540-RSM<br><br>ORDER OF DISMISSAL<br><br>NOTE ON MOTION CALENDAR:<br>October 6, 2020 |

THIS MATTER having come before the undersigned Judge this day on the parties' Stipulated Motion for Dismissal through their respective attorneys of record, it is hereby ORDERED that Plaintiff's complaint against the Defendant is dismissed with prejudice and without costs to any party.

DATED this 7th day of October, 2020.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1

GORDON & POLSCER, L.L.C.
2211 Elliott Avenue, Suite 200
Seattle, WA 98121
(206) 223-4226

Presented through stipulation by:

**GORDON & POLSCER, L.L.C.**

By: s/ *T. Arlen Rumsey*
T. Arlen Rumsey, WSBA #19048
2211 Elliott Avenue, Suite 200
Seattle, WA 98121
 (206) 223-4226
arumsey@gordon-polscer.com

*Attorneys for Defendant
Philadelphia Indemnity
Insurance Company*

**SUMMIT LAW GROUP**

By: *s/ Lawrence C. Locker*
Phillip McCune, WSBA #21081
Lawrence C. Locker, WSBA #15819
315 Fifth Avenue S., Suite 1000
Seattle, WA 98104-2682
(206) 676-7000
philm@summitlaw.com
larryl@summitlaw.com

*Attorneys for Plaintiff Frei*

ORDER OF DISMISSAL - 2

GORDON & POLSCER, L.L.C.
2211 Elliott Avenue, Suite 200
Seattle, WA 98121
(206) 223-4226

**CERTIFICATE OF SERVICE**

I, Kathleen Roney declare as follows:

1) I am a citizen of the United States and a resident of the State of Washington. I am over the age of 18 years and not a party to the within entitled cause. I am employed by the law firm of Gordon & Polscer, L.L.C., whose address is 2211 Elliott Avenue, Suite 200, Seattle, Washington, 98121.

2) By the end of business day on October 7, 2020, I caused to be served upon counsel of record at the addresses and in the manner described below, the following document:

**ORDER OF DISMISSAL**

| *Attorneys for Plaintiff* | |
|---|---|
| Philip S. McCune, WSBA #21081<br>Lawrence C. Locker, WSBA #15819<br>SUMMIT LAW GROUP<br>315 Fifth Avenue South, Suite 1000<br>Seattle, WA 98104<br><br>philm@summitlaw.com<br>larryl@summitlaw.com | ☐ U.S. Mail<br>☐ Hand Delivery<br>☒ **E-Mail/E-Service via the Court** |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 6th day of October, 2020.

By: *s/ Kathleen Roney* .
Kathleen Roney, Paralegal

ORDER OF DISMISSAL - 3

GORDON & POLSCER, L.L.C.
2211 Elliott Avenue, Suite 200
Seattle, WA 98121
(206) 223-4226